```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,          :
                                   :    15-CR-537-22 (VEC)
    -against-                     :
                                   :    ORDER
CHRISTOPHER MORALES,               :
                                   :
                                Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on January 6, 2021, Mr. Morales appeared before Magistrate Judge Fox on a violation of supervised release;

        IT IS HEREBY ORDERED: A hearing will be held on **January 19, 2021 at 10:30 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 0537.


**SO ORDERED.**

Date:  January 7, 2021            **VALERIE CAPRONI**
       New York, New York          **United States District Judge**