USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :     15-CR-537-22 (VEC)
    -against-                              :
                                           :     ORDER
CHRISTOPHER MORALES,                       :
                                           :
                           Defendant.      :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 19, 2021, Mr. Morales appeared for a hearing on a violation of probation and entered a guilty plea to specifications 1, 5, 6, and 7;

IT IS HEREBY ORDERED: Sentencing will be held on **March 18, 2021 at 2:30 p.m.** Sentencing submissions are due by **March 4, 2021.** The sentencing will be held in person, unless the Court orders otherwise.

**SO ORDERED.**

Date:  January 21, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**