USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,

          -against-

  CHRISTOPHER MORALES,

                                   Defendant.
------------------------------------------------------------- X

15-CR-537-22 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing is scheduled for March 18, 2021 at 2:30 p.m.;

IT IS HEREBY ORDERED: Due to a scheduling conflict, the sentencing will be held on **March 18, 2021 at 4:00 p.m.** The sentencing will take place **in person** in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the sentencing by dialing 888-363-4749, using the access code 3121171, and the security code 0537.

**SO ORDERED.**

**Date: March 5, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**