USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                                                        :         15-CR-537 (VEC)
            -against-                                         :
                                                                        :         ORDER
CHRISTOPHER MORALES,                       :
                                                                        :
                                     Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 7, 2021, Mr. Morales appeared for a hearing on a violation of supervised release and entered a guilty plea to specifications 3, 4, 5, and 6; and

WHEREAS sentencing is currently scheduled for October 12, 2021, at 10:00 a.m. (Dkt. 1671);

IT IS HEREBY ORDERED that, due to a scheduling conflict for the Court, Mr. Morales' sentencing is adjourned until **October 20, 2021, at 10:00 a.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Members of the public may attend the hearing by dialing 888-363-4749, using the access code 3121171 and the security code 0537.

IT IS FURTHER ORDERED that, per the Court's September 7, 2021 Order (Dkt. 1671), the government's sentencing submissions are still due today, **October 8, 2021**.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  October 8, 2021
       New York, NY

                                      **VALERIE CAPRONI**
                                   **United States District Judge**

2

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.